IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDY C. HARRIS

v.                                    C.A. NO. 12-3713

DOW CHEMICAL COMPANY

FILED
NOV 1 3 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 13th day of November, 2013, upon consideration of defendant's motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 14] is GRANTED.

Judgment is ENTERED in favor of defendant and against plaintiff.

The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.